# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**STACEY M. LAWRENCE,**<br><br>Defendant. | PO-22-5100-GF-JTJ<br><br>VIOLATION:<br>E1102349<br>E1102350<br>E1384376<br>E1384377<br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $160 ($50 fine and $30 processing fee for violation E1102350, and $50 fine and $30 processing fee for violation E1384376).  The total fine amount will be paid in full on or before September 28, 2023.  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that violations E1102349 and E1384377 are **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance in the above captioned matter, currently scheduled for September 30, 2022, is **VACATED.**

DATED this  28th   day of September, 2022.

_____
John Johnston
United States Magistrate Judge